In the Matter of REGAN U. LALLY, Appellant, v RICHARD E. AE-BLY, Respondent.

Submitted October 31, 2016; decided January 5, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS BOONE, Appellant.

Submitted January 3, 2017; decided January 5, 2017

Motion by Legal Aid Bureau of Buffalo, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUG-LAS McCAIN, Appellant.

Submitted January 3, 2017; decided January 5, 2017

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DIANE WORD, Appellant, v STATE OF NEW YORK et al., Respondents.

Decided January 5, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies from an order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601).